FILED: October 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 17-4131
(5:14-cr-00072-D-2)

———————————

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

QUANTAVIOUS THOMPSON, a/k/a Quan, a/k/a Kirkwood Quan

    Defendant - Appellant

———————————

No. 17-4140
(5:14-cr-00072-D-7)

———————————

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PATRICIA ANN KRAMER, a/k/a Trish, a/k/a Trisha

    Defendant - Appellant

———————————

No. 17-4163
(5:14-cr-00072-D-6)

———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CLIFTON JAMES ROBERTS, a/k/a Yeelo, a/k/a CJ, a/k/a Yee, a/k/a Don Yee, a/k/a King Yee, a/k/a Elo

       Defendant - Appellant

———————————

O R D E R

———————————

The court grants the motion to deconsolidate and deconsolidates 17-4140 and 17-4163 from lead case 17-4131.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk